| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Whitworth, Matt J. | 2. Court or Organization<br><br>United States District Court - Western District of Missouri | 3. Date of Report<br><br>06/04/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief United States Magistrate Judge full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Hon. Matt J. Whitworth, Chief United States District Judge, Westen Distriict of Missouri
Charles Evans Whittaker United States Courthouse
400 East 9th Street, Chambers No. 6652
Kansas City, Missouri 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**FINANCIAL DISCLOSURE REPORT**

Page 3 of 10

Name of Person Reporting

Whitworth, Matt J.

Date of Report

06/04/2018

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MOHela | College Student Loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. U.S. Bank Personal Savings Account | E | Interest | K | T | | | | | |
| 2. U.S. Bank Personal Checking Account | C | Interest | J | T | | | | | |
| 3. (H) Morgan Stanley Traditional IRA | | | | | | | | | |
| 4. Cons. Discret Sel Sect - SPDR FD | A | Dividend | J | T | | | | | |
| 5. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 6. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 7. | | | | | Buy<br>(add'l) | 11/08/17 | J | | |
| 8. Morgan Stanley Traditional IRA - Cash | A | Dividend | J | T | Buy | 12/31/17 | J | | |
| 9. Health Care Sel Sect - SPDR FD | A | Dividend | J | T | | | | | |
| 10. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 11. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 12. Industrial Sel Sec | A | Dividend | J | T | | | | | |
| 13. | | | | | Sold<br>(part) | 02/22/17 | J | A | |
| 14. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 15. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 16. SPDR DJ Wilshire REIT EFT | A | Dividend | | | Sold | 02/22/17 | J | A | |
| 17. SPDR Morgan Stanley Technology | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Whitworth, Matt J. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 19. | | | | | Sold (part) | 02/22/17 | J | A | |
| 20. SPDR Aerospace & Def EFT | A | Dividend | J | T | | | | | |
| 21. | | | | | Sold (part) | 02/22/17 | J | A | |
| 22. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 23. SPDR S&P EFT (KBE) | A | Dividend | J | T | | | | | |
| 24. | | | | | Sold (part) | 02/22/17 | J | A | |
| 25. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 26. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 27. SPDR S&P Biotech (XBI) | A | Dividend | J | T | | | | | |
| 28. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 29. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 30. | | | | | Sold (part) | 11/08/17 | J | A | |
| 31. SPDR S&P Health Care Equip | A | Dividend | J | T | | | | | |
| 32. | | | | | Sold (part) | 02/22/17 | J | A | |
| 33. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 34. SPDR Insurance EFT (KIE) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 02/22/17 | J | A | |
| 36. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 37. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 38. SPDR S&P Metals & Mining | A | Dividend | | | Sold | 05/11/17 | J | A | |
| 39. | | | | | Sold (part) | 02/22/17 | J | A | |
| 40. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 41. | | | | | Sold | 05/11/17 | J | A | |
| 42. SPDR S&P Oil & Gas Equip SVC (XES) | A | Dividend | J | T | | | | | |
| 43. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 44. | | | | | Sold (part) | 03/15/17 | J | A | |
| 45. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 46. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 47. SPDR S&P Oil & Gas Expo & Pro | A | Dividend | | | Sold | 03/15/17 | J | A | |
| 48. SPDR S & P Regional Banking EFT | A | Dividend | J | T | | | | | |
| 49. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 50. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 51. SPDR S& P Semiconductor (XSD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/22/17 | J | A | |
| 53. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 54. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 55. | | | | | Sold (part) | 11/08/17 | J | A | |
| 56. SPDR S & P Software and Ser EFT (XSW) | A | Dividend | J | T | | | | | |
| 57. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 58. SPDR S & P Transn EFT (XIN) | A | Dividend | J | T | | | | | |
| 59. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 60. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 61. | | | | | Sold (part) | 11/08/17 | J | A | |
| 62. The Financial Sel Sect SPDR FD (XLF) | A | Dividend | J | T | | | | | |
| 63. | | | | | Sold (part) | 02/22/17 | J | A | |
| 64. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 65. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 66. | | | | | Sold (part) | 11/08/17 | J | A | |
| 67. The Technology Sel Sec SPDR FD (XLK) | A | Dividend | J | T | | | | | |
| 68. | | | | | Sold (part) | 02/22/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 70. | | | | | Sold (part) | 11/08/17 | J | A | |
| 71. Utilities Sel Sect SPDR Fund | A | Dividend | J | T | | | | | |
| 72. | | | | | Sold (part) | 02/22/17 | J | A | |
| 73. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 74. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 75. | | | | | Sold (part) | 12/27/17 | J | A | |
| 76. SPDR S Telecom EFT | A | Dividend | | | Sold | 11/08/17 | J | A | |
| 77. | | | | | Buy | 02/22/17 | J | | |
| 78. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 79. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 80. | | | | | Sold | 11/08/17 | J | A | |
| 81. SPDR S&P Capital Mkts EFT (KCE) | A | Dividend | J | T | Buy | 12/06/17 | J | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 06/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The follwing assets in Morgan-Stanley Traditional IRA were wold in full:

- SPDR DJ Wilshire REIT EFT
- SPDR S & P Metals and Mining
- SPDR S & P Oil and Gas EXPO  and Pro
- Utilities Sel Sect SPDR Fund
- SPDR S Telecom EFT

The following assets were added in Morgan Stanley Traditional IRA:

- SPDR S Telecom EFT (This was also  in full in 2017)
- SPDR S & P Capital MKTS EFT (KCE)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matt J. Whitworth**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544